**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KEVIN EDWARD LINDQUIST,**

      **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-1810-Orl-31DAB**

**UNITED STATES OF AMERICA and the**
**UNITED STATES MARSHALS' SERVICE,**

      **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion to Dismiss or, in the alternative, Motion for Summary Judgment (Doc. 24) filed by the Defendants on February 12, 2007. This Court's *Milburn* order (Doc. 25) gave the Plaintiff until May 25, 2007 to respond to the Defendants' motion. The Plaintiff has failed to respond to the motion. In consideration of the foregoing, it appearing that the motion is meritorious and unopposed, it is hereby **ORDERED** that the motion is **GRANTED**. The case is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 31, 2007.

                                                            GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party